UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                        Criminal No. 07-cr-09-01-JD

Gary Sydavong

O R D E R

The assented to motion to reschedule jury trial (document no. 22) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            /s/Joseph A. DiClerico, Jr.
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date:  July 11, 2007

cc:  Mark Howard, Esq.
     Jennifer Davis, AUSA
     U.S. Marshal
     U.S. Probation